UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ABRAHAM VASQUEZ | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. C-05-506 |
| | § | |
| JIM WELLS COUNTY, CITY OF ALICE, and the ALICE POLICE DEPARTMENT, | § § § | |
| | § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

In accordance with this Court's Order Granting Defendant's Motion for Summary Judgment, the Court hereby enters final judgment dismissing all of Plaintiff's claims against Jim Wells County in the above-styled action.

Signed on the 21st day of August, 2006.

_____
Janis Graham Jack
United States District Judge